*West, Respondent, v. Vermillion et al., Petitioners*, No. 93904-7. Petition for review of a decision of the Court of Appeals, No. 48601-6-II, November 8, 2016, 196 Wn. App. 627. *Denied* March 8, 2017.

*Estate of Eikum et al., Petitioners, v. Joseph, Respondent*, No. 93905-5. Petition for review of a decision of the Court of Appeals, No. 32934-8-III, September 22, 2016, 196 Wn. App. 1005. *Denied* March 8, 2017.

*Tapio Inv. Co. I et al., Petitioners, v. State, Respondent*, No. 93906-3. Petition for review of a decision of the Court of Appeals, No. 33684-1-III, October 27, 2016, 196 Wn. App. 528. *Denied* March 8, 2017.

*State, Respondent, v. Cornwell, Petitioner*, No. 93908-0. Petition for review of a decision of the Court of Appeals, No. 33326-4-III, October 4, 2016, 196 Wn. App. 1024. *Denied* March 8, 2017.

*State, Respondent, v. Eldred, Petitioner*, No. 93909-8. Petition for review of a decision of the Court of Appeals, No. 33418-0-III, October 27, 2016, 196 Wn. App. 1042. *Denied* March 8, 2017.

*In re Pers. Restraint of Fero, Petitioner*, No. 92975-1. Motion for discretionary review of a decision of the Court of Appeals, No. 46310-5-II, January 5, 2016, 192 Wn. App. 138. *Granted* March 10, 2017.

*State, Respondent, v. R.C., Petitioner*, No. 93692-7. Petition for review of a decision of the Court of Appeals, No. 32956-9-III, July 26, 2016, 195 Wn. App. 1020. *Granted on a specific issue* March 10, 2017. Review *dimissed* as moot March 31, 2017.